**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Ave., Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff,*
Mark Marmolejo

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK MARMOLEJO,**<br><br>Plaintiff,<br><br>v.<br><br>**MIDLAND CREDIT MANAGEMENT, INC.,**<br><br>Defendant. | **Case No.:** CV14-9126 PA (SHx)<br><br>**NOTICE OF SETTLEMENT**<br><br>**HON. PERCY ANDERSON** |

///
///
///
///
///

NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff MARK MARMOLEJO ("Plaintiff") and Defendant MIDLAND CREDIT MANAGEMENT, INC. ("Defendant") has been resolved. The Parties anticipate filing a Joint Motion for Dismissal of Plaintiff's claims with Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements with regard to the parties be vacated, and that the Court set a deadline on or after June 12, 2015 for filing a Joint Dismissal.

Dated: April 12, 2015                                      Respectfully submitted,

                                                    **KAZEROUNI LAW GROUP, APC**

                                            By:  ____/s/ Matthew M. Loker___
                                                        MATTHEW M. LOKER, ESQ.
                                                        ATTORNEY FOR PLAINTIFF