JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MARMOLEJO,<br><br>    Plaintiff,<br><br>    v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>    Defendant. | Case No. 2:14-cv-09126-PA (SHx)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>Judge:        Hon. Percy Anderson<br>Mag. Judge:   Hon. Stephen J. Hillman |

1   Pursuant to the Joint Motion of the parties,

2   IT IS HEREBY ORDERED that this action is dismissed in its entirety, with

3   prejudice.

4   IT IS SO ORDERED.

6   DATED: April 27, 2015

_____
HONORABLE PERCY ANDERSON
Judge of the United States District Court

9   **JS-6**